### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD DARREN FREEMAN, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | NO. CIV-07-1316-HE |
| ) | |
| H. A. LEDEZMA, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner Ronald Darren Freeman, a federal prisoner appearing *pro se*, instituted this action pursuant to 28 U.S.C. § 2241 challenging the Bureau of Prison's failure to credit his federal sentence with time he spent in state custody. Consistent with 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Doyle W. Argo, who has recommended that the petition be dismissed as moot. The petitioner failed to object to the Report and Recommendation and thus waived his right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C.§636(b)(1)(C); LCvR72.1.

Accordingly, the petition is **DISMISSED as MOOT**.

**IT IS SO ORDERED**.

Dated this 29th day of April, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE